ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
MONA SAHAF
Trial Attorney, Department of Justice
Criminal Division
D.C. Bar No. 497854
1301 New York Avenue NW
Washington, DC 20530
Telephone: 202-616-2335
*Attorney for the United States*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>Richard Dennis Nisbet, et al.,<br><br>　　　　　　Defendants. | No. CR-19-00200-DLR<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Mona Sahaf, Trial Attorney, Department of Justice, Criminal Division, is associated as additional counsel for plaintiff as of this date. All future notices should be sent to the following (in addition to any other counsel for plaintiff):

MONA SAHAF
Trial Attorney
1301 New York Avenue NW
Washington, DC 20530
Telephone: (202) 616-2335
Facsimile:　(202) 616-2491
Mona.Sahaf@usdoj.gov

Respectfully submitted this 18th day of March, 2018.

| | |
|---|---|
| 1 | ELIZABETH A. STRANGE |
| | First Assistant United States Attorney |
| 2 | District of Arizona |
| 3 | |
| | *s/Mona Sahaf* |
| 4 | MONA SAHAF |
| | Trial Attorney |
| 5 | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2019, I caused the attached document to be electronically transmitted the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all attorneys of record.