IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>v.<br><br>1-Richard Dennis Nisbet,<br><br>2-Laura Marye Wesley,<br><br>3-Waleed Sarrar,<br><br>4-Christian Charles Coxon,<br><br>                    Defendants. | No. CR-19-00200-PHX-DLR<br><br>**SCHEDULING ORDER** |

Pursuant to Defendants' motion for complex case designation under Local Rule 16.2, a Scheduling Conference having been held on April 22, 2019, and good cause appearing;

**IT IS ORDERED** that the parties shall comply with the following case management schedule:

**Trial Date: Late March/April 2020 (Three to Four Trial Weeks)**

**Status Conference to set a FIRM Trial date: November 4, 2019, at 1:30 p.m.**

**Discovery, Disclosure, and Motions Deadlines**

1.   Government's Disclosures

| | | | |
|---|---|---|---|
| | a. | Compliance with Rule 16 discovery[1] (excluding expert disclosures) | September 30, 2019 |
| | b. | Notices required by LR Crim. 16.1 | May 31, 2019 |
| | c. | Rule 404(b) notification | September 6, 2019 |
| | d. | Initial expert disclosures | September 6, 2019 |
| | e. | Rebuttal expert disclosures | December 20, 2019 |
| | f. | Disclosure of preliminary witness and exhibit lists and summary charts to defendant | February, 14, 2020 |
| | g. | Production of Jencks material, Rule 26.2 material as to intended witnesses, and witness impeachment material, if not produced sooner | February 21, 2020 |
| | h. | Disclosure of final witness and exhibit lists to defendant and Court | March 13, 2020 |
| | i. | Delivery of exhibits to court | March 20, 2020 |
| 2. | | Defendant's Disclosures | |
| | a. | Reciprocal Rule 16 discovery | November 18, 2019 |
| | b. | Expert disclosures | November 18, 2019 |
| | c. | Production of Rule 26.2 material as to intended witnesses | February 21, 2020 |
| | d. | Disclosure of preliminary witness and exhibit lists and summary charts to government | February 21, 2020 |
| | e. | Disclosure of final witness and exhibit lists to government and Court | March 13, 2020 |
| | f. | Delivery of exhibits to Court | March 20, 2020 |

---

[1] The government's and defendant's Rule 16 disclosure deadlines apply to materials in the party's possession, custody, or control. The parties have a continuing duty to disclose additional material under Rule 16(c).

3. Motions

| | | | |
|---|---|---|---|
| | a. | Pretrial motions requiring evidentiary hearing | November 18, 2019 |
| | | Responses | December 9, 2019 |
| | | Replies | December 23, 2019 |
| | | Hearing date | To be set |
| | b. | Motions not requiring evidentiary hearing | December 20, 2019 |
| | | Responses | January 17, 2020 |
| | | Replies | January 31, 2020 |
| | c. | Motions in Limine | February 14, 2020 |
| | | Responses | March 6, 2020 |
| | | *No Replies Shall be Filed* | |

4. Joint Pretrial Documents

| | | | |
|---|---|---|---|
| | a. | Joint Pretrial Memorandum | March 6, 2020 |
| | b. | Joint Description of the Case | March 6, 2020 |
| | c. | Joint Proposed Voir Dire Questions | March 6, 2020 |
| | d. | Joint Proposed Jury Instructions | March 6, 2020 |
| | e. | Joint Proposed Form of Verdict | March 6, 2020 |

The Court finds excludable delay under 18 U.S.C. § 3161(h)(7)(B)(ii) will commence on 5/8/2019 through 11/4/2019.

Dated this 22nd day of April, 2019.

Douglas L. Rayes
United States District Judge