MICHAEL BAILEY
United States Attorney
District of Arizona

PETER SEXTON
Assistant U.S. Attorney
Arizona State Bar No. 011089
peter.sexton@usdoj.gov

MONA SAHAF
Trial Attorney, Criminal Division
D.C. Bar No. 497854
mona.sahaf@usdoj.gov

Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-19-00200-PHX-DLR |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF INTENT TO INTRODUCE OTHER ACT EVIDENCE** |
| Richard Dennis Nisbet, et al., | |
| Defendants. | |

Pursuant to this Court's Complex Case Scheduling Order, the United States gives notice that it may seek to introduce evidence regarding the following other crimes, wrongs, or acts committed by Defendants, which may be admissible as inextricably intertwined with the indicted charges or under Federal Rule of Evidence 404(b) and/or other provisions of the Federal Rules of Evidence.

1. In 2015, and continuing into the charged conspiracy, defendants Richard Nisbet and Laura Lott exchanged text messages in which they shared photographs of earrings attached to custom earrings cards with the words "Native Creations"

printed on the earrings cards, as well as jewelry order sheets with photographs of earring cards bearing the words "Native Creations."

2. Last Chance Jewelers has imported at least 85 jewelry shipments from the Philippines to the United States since 2008. Many of these shipments were exported from the Philippines by a company named Last Chance Jewelry Crafts Inc., to end destinations in Phoenix, Arizona. In connection with these shipments, defendants, their conspirators, and abettors filled out various U.S. Fish and Wildlife Service forms to declare the jewelry exports.

3. In July 2013, Richard Nisbet sent an email to Laura Lott discussing a plan to convince a jewelry wholesaler that non-Indian jewelry was really Indian jewelry, by using a fake Indian artist name of R. Nelson, and that they would be able to "get good money if [they] do limited amount and act like Indian."

All of the underlying documents and information regarding the above categories have been disclosed to the Defendants.

Respectfully submitted this 6th day of September, 2019.

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/Peter Sexton*
Assistant U.S. Attorney

*s/Mona Sahaf*
Trial Attorney, Criminal Division

**Certificate of Service**

I hereby certify that on this date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all opposing parties of record.

*s/Alexandria Gaulin*
U.S. Attorney's Office