DAVID EISENBERG
**DAVID EISENBERG, P.L.C.**
3550 N. Central Avenue, Ste. 1550
Phoenix, Arizona 85012
Arizona State Bar No. 017218
Telephone: (602.237.5076
Email: david@deisenbergplc.com

Attorney for Defendant Richard Dennis Nisbet

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br>v.<br><br>Richard Dennis Nisbet, et al.,<br><br>        Defendants. | CR 19-00200-01-PHX-DLR<br><br>**NOTICE OF DEATH OF DEFENDANT NISBET** |

Counsel for the Defendant Richard Dennis Nisbet respectfully submits notice of the Defendant's death.

According to records received on January 3, 2020 from Seasons Hospice of Arizona, Richard Nisbet died on December 24, 2019, at 2:52 p.m.

Records of his death and the cause of death have been provided to the government by separate correspondence.

Accordingly, it is anticipated that the government will dismiss this case against Mr. Nisbet.

Respectfully submitted this 3rd day of January, 2020.

*s/ David Eisenberg*
_____
DAVID EISENBERG
Counsel for Defendant Richard Dennis Nisbet

## CERTIFICATE OF SERVICE

    I hereby certify that on January 3, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Mona Sahaf, Esq.
Trial Attorney
Criminal Division, U. S. Department of Justice

Peter S. Sexton, Esq.
Assistant U. S. Attorney


   *s/ David Eisenberg*
     David Eisenberg

2